# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Michael Nelson

   Plaintiff(s),

vs.

GE Capital Retail Bank and DOES 1-10, inclusive.

   Defendant(s).

Case #2:12-CV-01455-LRH-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Daniel J. O'Rielly_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____O'Rielly & Roche, LLP_____
(firm name)

with offices at _____4 Embarcadero Center, Suite 1400_____,
(street address)

_____San Francisco_____, _____California_____, _____94111_____,
(city) (state) (zip code)

_____(415) 952-3002_____, _____djo@oriellyroche.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____GE Capital Retail Bank_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 12/11

3. That since 11/19/01;11/05/98 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of California/Illinois
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Illinois | November 5, 1998 | 6256474 |
| U.S.D.C. for the Northern District of Illinois | December 1998 | |
| U.S. Court of Appeals for the Seventh Circuit | December 1998 | |
| California | November 19, 2001 | 214846 |
| USDC - Eastern, Central and Southern Dist of CA | December 2001 | |
| U.S.D.C. for the Northern District of California | January 2002 | |
| U.S. Court of Appeals for the Ninth Circuit | December 2001 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 12/11

1  6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

6  7. That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, San Francisco Bank Attorneys Association

10  8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2
11  during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 14, 2011 | 10-CV-02221 | United States District Court | Granted |
| August 22, 2011 | 11-CV-01137 | United States District Court | Case Settled |
| August 31, 2009 | A-09-588332 | District Court Clark County | Case Dismissed |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 12/11

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____California____ )
COUNTY OF __San Francisco__ )

____Daniel J. O'Rielly____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__21st__ day of __December__, __2012__.

_____
Notary Public or Clerk of Court

[Notary stamp: YOLANDA HOGAN, Commission # 1989742, Notary Public - California, San Francisco County, My Comm. Expires Sep 27, 2016]

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Kevin Diamond____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Thorndal, Armstrong, Delk, Balkenbush & Eisinger, 1100 E. Bridger Avenue____,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)        (state)    (zip code)

__702-366-0622__, __krd@thorndal.com__.
(area code + telephone number)   (Email address)

4

Rev. 12/11

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Kevin Diamond_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4967                                krd@thorndal.com
Bar number                          Email address

APPROVED:
DATED this 23rd day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Rev. 12/11

5

**EXHIBIT A**

**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

December 4, 2012

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DANIEL JAMES O'RIELLY, #214846 was admitted to the practice of law in this state by the Supreme Court of California on November 19, 2001; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

**EXHIBIT B**

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel James O'Rielly

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 5, 1998 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, December 11, 2012.

*Carolyn Taft Grosboll*
Clerk