Daniel J. O'Rielly (State Bar No. 214846)/*pro hac vice*
**O'RIELLY & ROCHE LLP**
101 California Street, Suite 2450
San Francisco, California 94111
Telephone: (415) 946-8878
Facsimile: (415) 946-8801

Kevin R. Diamond
Nevada Bar No. 4967
**THORNDAL ARMSTRONG DELK
BALKENBUSH & EISENGER**
1100 East Bridger Avenue
PO Drawer 2070
Las Vegas, Nevada 89125

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL NELSON,

    Plaintiff,

vs.

GE CAPITAL RETAIL BANK, and DOES 1-10, inclusive,

    Defendants.

Case No. 212CV01455LRHGWF

**STIPULATION AND PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE**

    The parties to the action herein, Plaintiff MICHAEL NELSON, by and through his counsel, David Krieger, Esq. of HAINES & KRIEGER, and Defendant GE CAPITAL RETAIL BANK, by and through its counsel, Kevin Diamond, Esq. of THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER, hereby stipulate and agree that a settlement has been reached as to all disputes between the parties, and, therefore, this case should be dismissed in its entirety, with prejudice.

In consideration of the settlement, each party is to be responsible for and pay its own attorneys fees and costs of the case.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

DATED: January 29th, 2013

O'RIELLY & ROCHE LLP

-and-

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISENGER**
1100 East Bridger Avenue
PO Drawer 2070
Las Vegas, Nevada 89125

By: _____
Kevin R. Diamond, Esq.
Nevada Bar No. 4967
Attorneys for Defendant
GE MONEY BANK

DATED: January 26, 2013

**HAINES & KRIEGER, LLC**
5041 N. Rainbow Blvd.
Las Vegas, Nevada 89130

By: _____
David Krieger, Esq.
Nevada Bar No. 9086
Attorney for Plaintiff
MICHAEL NELSON

**IT IS SO ORDERED:**

DATE: _____, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE